UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| LAURIE A. WHITTAKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:17-cv-00036 |
| | ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 19) recommending that the Court grant Laurie A. Whittaker's Motion for Judgment on the Pleadings and Administrative Record (Doc. No. 15). The Defendant has not filed any objections to the Report and Recommendation. The Court has reviewed the record, the Administrative Law Judge's ("ALJ") decision, and the Report and Recommendation. The Court agrees with the thorough analysis of the Magistrate Judge and the conclusion, explained in the Report and Recommendation, that the ALJ's decision concerning residual functional capacity is not supported by substantial evidence.

Accordingly, the Report and Recommendation (Doc. No. 19) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 15) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED** under the fourth sentence of 42 U.S.C. § 405(g) for a new hearing and determination consistent with the Report and Recommendation and based upon substantial evidence. This is a final order under the Federal Rules of Civil Procedure. The clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE